# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.:   7:20-CV-153 |
| | § | |
| 5.695 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, STATE | § | |
| OF TEXAS, AND CAPOTE FARMS, LTD, | § | |
| ET AL. | § | |
| | § | |
| *Defendants.* | § | |

## COMPLAINT IN CONDEMNATION

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through [the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security], for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 338159
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 992-9425
E-mail: MMunizLorenzi@usa.doj.gov

# SCHEDULE A

## <u>SCHEDULE A</u>

## <u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## **SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-2001
Owner:  Capote Farms, Ltd., et al.
Acres:  5.695

**BEING** a 5.695 acre (248,077 square feet) parcel of land, more or less, being out of the Antonio Velasco Survey, Abstract No. 45, Hidalgo County, Texas and being out of the remainder of lots 398 and 399 of Kelly-Pharr subdivision, recorded in Volume 3, Page 133, Deed Records of Hidalgo County, Texas and being out of a tract of land conveyed to Capote Farms, Inc. by Deed recorded in Instrument No. 2001-1006793, Official Records of Hidalgo County, Texas and being out a tract of land conveyed to Capote Farms, Inc. by General Warranty Deed recorded in Instrument No. 2002-1058050, Official Records of Hidalgo County, Texas, said 5.695 acre (248,077 square feet) parcel of land being more particularly described by metes and bounds as follows;

**COMMENCING** at a found 1/2" rebar having a coordinate value of N=16556195.867, E=1085052.401, said point being in the south line of the remaining portion of Lot 398, Kelly-Pharr Subdivision, at a northeast corner of a called 429.1384 acre tract recorded in Instrument No. 2008-1877609, Official Records of Hidalgo County, Texas;

**THENCE** N 81°18'27" W, (N 81°20'41" W, Record) with the south line of the remaining portion of Lots 398 and 399, Kelly-Pharr Subdivision, the north line of the called 429.1384 acre tract, a distance of 755.30 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2000-1=2001-1" for the **PLACE OF BEGINNING** and an angle point in the south line of the herein described proposed acquisition tract, said point having a coordinate value of N=16556310.016, E=1084305.777;

(1) **THENCE** N 81°18'27" W, (N 81°20'41" E, Record) continuing with the south line of the remaining portion of Lot 399, Kelly-Pharr Subdivision, the north line of the called 429.1384 acre tract, a distance of 449.39 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2001-2" for the southwest corner of the herein described tract, the southwest corner of the remaining portion of Lot 399, the southeast corner of the G.S.A. Subdivision, recorded in Volume 29, Page 108, Map Records of Hidalgo County, Texas;

(2) **THENCE** N 09°03'45" E, departing the north line of the called 429.1384 acre tract, with the east line of the G.S.A. Subdivision, the west line of the remaining portion of Lot 399, a distance of 73.59 feet to a point for corner in the south line of a 130.0' wide Hidalgo County Irrigation District No. 2 Canal right-of-way recorded in Volume 26, Pages 244-247, Deed Records of Hidalgo County, Texas, said point marking the beginning of a curve to the left, said point bears S 81°27'24" E, a distance of 1923.02 feet from United States Army Corps of Engineers Control Point No. 109, said control point being a mag nail in the north end of the east concrete headwall near the intersection of the west line of Lot 400,

Kelly-Pharr Subdivision, and the Hidalgo County Water Improvement District No. 2 canal lateral;

## SCHEDULE C, cont'd

**(3) THENCE** departing the east line of the G.S.A. Subdivision, the west line of the remaining portion of Lot 399, with the south line of the 130.0' wide Hidalgo County Irrigation District No. 2 Canal right-of-way, the following courses and distances:

   **a.** Along said curve to the left, having a radius of 5795.00 feet, a delta angle of 5°57'50", an arc length of 603.20 feet and a chord bearing of N 86°14'46" E, 602.93 feet to a point for the point of tangency;

   **b.** N 82°14'16" E, 1087.40 feet to a point for corner in the east line of the remaining portion of Lot 398, the west boundary line of a called 427.252 acre tract recorded in Instrument No. 2012-2321228, Official records of Hidalgo County, Texas;

**(4) THENCE** S 08°34'21" W, with the east line of the remaining portion of Lot 398, the west line of the called 427.252 acre tract, a distance of 166.81 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2001-6=2002-1" for the southeast corner of the herein described tract;

**(5) THENCE** departing the east line of the remaining portion of Lot 398, the west line of the called 427.252 acre tract, the following courses and distances:

   **a.** S 82°24'15" W, 1146.77 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2001-7" marking the beginning of a curve to the right;

   **b.** Along said curve to the right, having a radius of 4000.00 feet, a delta angle of 1°13'29", an arc length of 85.50 feet and a chord bearing of S 83°00'59" W, 85.50 feet to the **PLACE OF BEGINNING** containing 5.695 acres (248,077 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

Tract:  RGV-WSL-2001
Owner:  Capote Farms, Ltd, et al
Acreage:  5.695

## SCHEDULE D, cont'd



## SCHEDULE D, cont'd



## SCHEDULE D, cont'd



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-2001
Owner:  Capote Farms, Ltd., et al.
Acres:  5.695

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Reserving to the owners of the lands, Capote Farms, Ltd., successor by conversion to Capote Farms, Inc. as recorded in instrument # 2004-1386548 and identified in conveyance recorded on 4 March 2002, in the Hidalgo County Clerk, Instrument # 2002-1058050, and in conveyance recorded on 11 September 2001, in the Hidalgo County Clerk, Instrument # 2001-1006793, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E, cont'd**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is EIGHTEEN THOUSAND ONE HUNDRED THIRTY-TWO AND NO/100 ($18,132.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Capote Farms, LTD** <br><br> Pharr, Texas | General Warranty Deed, Document #2002-1058050; Recorded March 4, 2002; Official Records of Hidalgo County <br><br> Deed, Document #2001-1006793, Recorded September 11, 2001; Official Records of Hidalgo County |
| **Capote Farms GP, LLC** <br><br> Pharr, Texas | Certificate of Limited Liability (as part of Articles of Conversion), Doc #1386548, filed September 19, 2004; Official Records of Hidalgo County |
| **R.L. Dreibelbis** <br><br> San Juan, Texas | Tenant per CIP and OC Title Opinion |
| **Pablo "Paul" Villarreal, Jr.** <br> Hidalgo County Tax Assessor/Collector <br> 2804 S. Business Hwy 281 <br> Edinburg, Texas  78539 | Taxing authority |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1  U.S. Government
Plaintiff
- ❑ 2  U.S. Government
Defendant
- ❑ 3  Federal Question
*(U.S. Government Not a Party)*
- ❑ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' Liability | ❑ 368 Asbestos Personal Injury Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❑ 340 Marine | | | ❑ 835 Patent - Abbreviated New Drug Application | ❑ 460 Deportation |
| | ❑ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❑ 840 Trademark | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle Product Liability | ❑ 371 Truth in Lending | ❑ 720 Labor/Management Relations | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | ❑ 360 Other Personal Injury | ❑ 380 Other Personal Property Damage | ❑ 740 Railway Labor Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 195 Contract Product Liability | ❑ 362 Personal Injury - Medical Malpractice | ❑ 385 Property Damage Product Liability | ❑ 751 Family and Medical Leave Act | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | | | | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| | | | ❑ 790 Other Labor Litigation | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❑ 895 Freedom of Information Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate Sentence | | | |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of State Statutes |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| ❑ 290 All Other Real Property | ❑ 446 Amer. w/Disabilities - Other | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 448 Education | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration Actions | | |
| | | ❑ 550 Civil Rights | | | |
| | | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ❑ 1  Original Proceeding
- ❑ 2  Removed from State Court
- ❑ 3  Remanded from Appellate Court
- ❑ 4  Reinstated or Reopened
- ❑ 5  Transferred from Another District *(specify)*
- ❑ 6  Multidistrict Litigation - Transfer
- ❑ 8  Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:     ❑ Yes     ❑No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #                AMOUNT                    APPLYING IFP                    JUDGE                    MAG. JUDGE