# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tract: RGV-WSL-2001
Owner: Capote Farms, Ltd., et al.
Acres: 5.695

**BEING** a 5.695 acre (248,077 square feet) parcel of land, more or less, being out of the Antonio Velasco Survey, Abstract No. 45, Hidalgo County, Texas and being out of the remainder of lots 398 and 399 of Kelly-Pharr subdivision, recorded in Volume 3, Page 133, Deed Records of Hidalgo County, Texas and being out of a tract of land conveyed to Capote Farms, Inc. by Deed recorded in Instrument No. 2001-1006793, Official Records of Hidalgo County, Texas and being out a tract of land conveyed to Capote Farms, Inc. by General Warranty Deed recorded in Instrument No. 2002-1058050, Official Records of Hidalgo County, Texas, said 5.695 acre (248,077 square feet) parcel of land being more particularly described by metes and bounds as follows;

**COMMENCING** at a found 1/2" rebar having a coordinate value of N=16556195.867, E=1085052.401, said point being in the south line of the remaining portion of Lot 398, Kelly-Pharr Subdivision, at a northeast corner of a called 429.1384 acre tract recorded in Instrument No. 2008-1877609, Official Records of Hidalgo County, Texas;

**THENCE** N 81°18'27" W, (N 81°20'41" W, Record) with the south line of the remaining portion of Lots 398 and 399, Kelly-Pharr Subdivision, the north line of the called 429.1384 acre tract, a distance of 755.30 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2000-1=2001-1" for the **PLACE OF BEGINNING** and an angle point in the south line of the herein described proposed acquisition tract, said point having a coordinate value of N=16556310.016, E=1084305.777;

(1) **THENCE** N 81°18'27" W, (N 81°20'41" E, Record) continuing with the south line of the remaining portion of Lot 399, Kelly-Pharr Subdivision, the north line of the called 429.1384 acre tract, a distance of 449.39 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2001-2" for the southwest corner of the herein described tract, the southwest corner of the remaining portion of Lot 399, the southeast corner of the G.S.A. Subdivision, recorded in Volume 29, Page 108, Map Records of Hidalgo County, Texas;

(2) **THENCE** N 09°03'45" E, departing the north line of the called 429.1384 acre tract, with the east line of the G.S.A. Subdivision, the west line of the remaining portion of Lot 399, a distance of 73.59 feet to a point for corner in the south line of a 130.0' wide Hidalgo County Irrigation District No. 2 Canal right-of-way recorded in Volume 26, Pages 244-247, Deed Records of Hidalgo County, Texas, said point marking the beginning of a curve to the left, said point bears S 81°27'24" E, a distance of 1923.02 feet from United States Army Corps of Engineers Control Point No. 109, said control point being a mag nail in the north end of the east concrete headwall near the intersection of the west line of Lot 400,

Kelly-Pharr Subdivision, and the Hidalgo County Water Improvement District No. 2 canal lateral;

**SCHEDULE C, cont'd**

(3) **THENCE** departing the east line of the G.S.A. Subdivision, the west line of the remaining portion of Lot 399, with the south line of the 130.0' wide Hidalgo County Irrigation District No. 2 Canal right-of-way, the following courses and distances:

   a. Along said curve to the left, having a radius of 5795.00 feet, a delta angle of 5°57'50", an arc length of 603.20 feet and a chord bearing of N 86°14'46" E, 602.93 feet to a point for the point of tangency;

   b. N 82°14'16" E, 1087.40 feet to a point for corner in the east line of the remaining portion of Lot 398, the west boundary line of a called 427.252 acre tract recorded in Instrument No. 2012-2321228, Official records of Hidalgo County, Texas;

(4) **THENCE** S 08°34'21" W, with the east line of the remaining portion of Lot 398, the west line of the called 427.252 acre tract, a distance of 166.81 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2001-6=2002-1" for the southeast corner of the herein described tract;

(5) **THENCE** departing the east line of the remaining portion of Lot 398, the west line of the called 427.252 acre tract, the following courses and distances:

   a. S 82°24'15" W, 1146.77 feet to a set 5/8" rebar with a "MDS" cap stamped "RGV-WSL-2001-7" marking the beginning of a curve to the right;

   b. Along said curve to the right, having a radius of 4000.00 feet, a delta angle of 1°13'29", an arc length of 85.50 feet and a chord bearing of S 83°00'59" W, 85.50 feet to the **PLACE OF BEGINNING** containing 5.695 acres (248,077 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

Tract: RGV-WSL-2001
Owner: Capote Farms, Ltd, et al
Acreage: 5.695

## SCHEDULE D, cont'd



## SCHEDULE D, cont'd



## SCHEDULE D, cont'd



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-2001
Owner:  Capote Farms, Ltd., et al.
Acres:  5.695


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands, Capote Farms, Ltd., successor by conversion to Capote Farms, Inc. as recorded in instrument # 2004-1386548 and identified in conveyance recorded on 4 March 2002, in the Hidalgo County Clerk, Instrument # 2002-1058050, and in conveyance recorded on 11 September 2001, in the Hidalgo County Clerk, Instrument # 2001-1006793, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E, cont'd**



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHTEEN THOUSAND ONE HUNDRED THIRTY-TWO AND NO/100 ($18,132.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Capote Farms, LTD** <br> Pharr, Texas | General Warranty Deed, Document #2002-1058050; Recorded March 4, 2002; Official Records of Hidalgo County <br><br> Deed, Document #2001-1006793, Recorded September 11, 2001; Official Records of Hidalgo County |
| **Capote Farms GP, LLC** <br> Pharr, Texas | Certificate of Limited Liability (as part of Articles of Conversion), Doc #1386548, filed September 19, 2004; Official Records of Hidalgo County |
| **R.L. Dreibelbis** <br> San Juan, Texas | Tenant per CIP and OC Title Opinion |
| **Pablo "Paul" Villarreal, Jr.** <br> Hidalgo County Tax Assessor/Collector <br> 2804 S. Business Hwy 281 <br> Edinburg, Texas  78539 | Taxing authority |