United States District Court
Southern District of Texas
**ENTERED**
February 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-153 |
| § | |
| 5.695 ACRES OF LAND, MORE OR LESS, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER RESETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that this matter (previously set for February 12, 2021) is hereby reset for status conference on April 16, 2021, at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED February 4, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge