**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.:  7:20-CV-153 |
| | § | |
| 5.695 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, STATE OF | § | |
| TEXAS; AND CAPOTE FARMS, LTD, ET AL. | § | |
| *Defendants.* | § | |

_____

## NOTICE OF SETTLEMENT
_____

Pursuant to Local Rule 16.3, Plaintiff, the United States of America, hereby notifies the

Court that it has reached settlement terms regarding the amount of just compensation to be paid

for its taking of Tract RGV-WSL-2001 with Defendants Capote Farms, LTD and Capote Farms

GP, LLC.

The parties will file a "Joint Motion for Order Establishing Just Compensation, Granting

Possession, Distributing Funds on Deposit in the Registry of the Court, and Closing Case" for

Tract RGV-WSL-2001 before the next status conference on August 13, 2021.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By:     *s/Megan Eyes*
        **MEGAN EYES**
        Assistant United States Attorney
        Southern District of Texas No. 3135118
        Florida Bar No. 0105888
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78501
        Telephone:  (956) 618-8010
        Facsimile:  (956) 618-8016
        E-mail: Megan.Eyes@usdoj.gov
        Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 2, 2021, a copy of the foregoing was electronically filed in the

CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of

record, and by regular U.S. mail to all *pro se* Defendants listed in this cause.

By:     *s/Megan Eyes*
        **MEGAN EYES**
        Assistant United States Attorney